AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DANIEL ALAN BAKER | ) | Case No. |
| | ) | 4:21mj9-MAF |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 12-14, 2021___ in the county of ___Leon___ in the ___Northern___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., § 875(c) | Transmission In Interstate Commerce A Communication Containing A Threat To Kidnap Any Person Or Threat To Injure The Person of Another |

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation Special Agent Nicholas Marti, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas Marti, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___01/14/2021___

_____
*Judge's signature*

City and state: ___Tallahassee, Florida___

CHARLES A. STAMPELOS, U.S. Magistrate Judge
_____
*Printed name and title*

RCV'D USDC FLND TL
JAN 14 '21 PM 5:01