AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Northern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DANIEL ALAN BAKER | ) Case No.   4:21mj9-MAF |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANIEL ALAN BAKER
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Transmission In Interstate Commerce Of A Communication Containing A Threat To Kidnap Any Person Or Threat To
Injure The Person of Another, in vluolation of Toltle 18, United states Code, Section 875(c)

Date:  1/14/2021

Issuing officer's signature

City and state:   Tallahassee, Florida

CHARLES A. STAMPELOS, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/14/2021 , and the person was arrested on *(date)* 1/15/2021 at *(city and state)* Tallahassee, FL |
| Date: 1/15/2021 |
| Arresting officer's signature |
| SA Nicholas Massi |
| *Printed name and title* |

FILED USDC FLND TL
JAN 15 '21 PM1:46